Crotty, P.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: April 3, 2015

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELENA VITALE, individually and on behalf of others similarly situated,

Plaintiff,

-against-

CORIGIN HOLDINGS, LLC, FAMILY FIRST OPERATIONS, LLC, RYAN FREEDMAN, ANGELINA FREEDMAN, and GALINA ANISSIMOVA,

Defendants.

**14 Civ. 9713 (PAC) (RLE)**

**STIPULATION OF DISMISSAL WITH PREJUDICE**

**ECF CASE**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Defendants, through their counsel who are authorized by their respective clients to execute this Stipulation, that the above-captioned action be dismissed, in its entirety, and with prejudice with respect to Plaintiff and without any award of attorneys' fees, costs or other relief.

BALLON STOLL BADER & NADLER, P.C.
*Attorneys for Plaintiff*

By: ______________________________
Marshall B. Bellovin
mbellovin@ballonstoll.com
729 Seventh Avenue, 17th Floor
New York, NY 10019
Telephone: (212) 575-7900
Facsimile: (212) 764-5060
Dated: March 26, 2015

LIPMAN & PLESUR, LLP
*Attorneys for Defendants*

By: ______________________________
Robert D. Lipman
lipman@lipmanplesur.com
500 North Broadway, Suite 105
Jericho, NY 11753
Telephone: (516) 931-0050
Facsimile: (516) 931-0030
Dated: ~~March~~ April 2, 2015

SO ORDERED: 4-3-15

______________________________
U.S.D.J.